## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF BUCCAL CELLS FROM THE PERSON OF JOSHUA ESTRADA, a/k/a "MAC" | No. 2:24-mj-162-KFW |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Jonathan Duquette, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S. Border Patrol and have been in this position since December 2009. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants.

2. I am currently investigating JOSHUA ESTRADA, a/k/a "Mac" (hereafter "ESTRADA") for offenses including violations of federal law, including 21 U.S.C. §§ 841, 846, and 18 U.S.C. § 36 (the "Target Offenses").

3. I submit this affidavit in support of an application for a search warrant to collect deoxyribonucleic acid ("DNA"), saliva, and buccal cell samples from ESTRADA, as further described in Attachment A. On May 6, 2024, ESTRADA was arrested in New Bedford, Massachusetts on an outstanding federal arrest warrant for the Target Offenses. Since his arrest, ESTRADA has been held at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island. ESTRADA is scheduled to make an initial appearance in United States District Court, District of Maine, on May 16, 2024. Law enforcement is seeking the requested DNA samples, as further described in Attachment

B, as part of an ongoing investigation into ESTRADA's commission of the Target Offenses.

4. The requested DNA samples from ESTRADA will allow agents, forensic examiners, and/or experts in DNA analysis to analyze and compare ESTRADA's respective DNA to items obtained from a search of a vehicle that was involved in a shooting that occurred in Saco, Maine on February 9, 2024. ESTRADA has been identified as likely being in the vehicle at the time of the shooting.

5. The facts in this affidavit come from my personal observations, my review of records and reports, my training and experience, and information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

6. For reference, a criminal complaint affidavit has been filed in the United States District Court, District of Maine Case No. 2:24-mj-139-KFW and is attached as Exhibit B. Additionally, a previous search warrant affidavit has been filed in the United States District Court, District of Maine Case No. 2:24-mj-54-KFW and is attached as Exhibit A which outlines the identification of ESTRADA, YANCARLOS ABRANTE, JASON JOHNSON-RIVERA, and ANTHONY BUTLER as subjects of the investigation.

7. As partially documented in Paragraph 9 of Exhibit A, items were recovered during this investigation that could contain DNA. After consulting with the FBI Laboratory Division, the items recovered during this investigation that were deemed suitable for DNA testing were submitted to the FBI Laboratory Division with a request to recover DNA evidence for comparison to a known sample from ESTRADA.

## DNA SWABBING

8.  In order to compare any DNA from items recovered during the investigation, law enforcement needs a DNA sample known to be from ESTRADA. A sample of ESTRADA's DNA can be obtained by taking a saliva and buccal swab sample from the inside of ESTRADA's mouth.

9.  I know from experience and from conversations with other members of law enforcement that DNA is found in human tissue and provides a genetic "blueprint" for each person. It is unique to each person (except identical twins), and it has accordingly been used by forensic chemists in a manner similar to fingerprints, that is, to identify individuals who have left their DNA behind at crime scenes or on items of evidence. DNA evidence is potentially extremely accurate as a means of identifying individuals. DNA can be found in any number of bodily tissues, including blood, hair, bone, and saliva.

10. Based on my training and experience, I am aware that the act of touching a surface can lead to the transference of touch DNA (i.e., DNA that is transferred via skin cells). Accordingly, a DNA sample suitable for comparison may be obtained by swabbing the inside of a person's mouth.

11. Samples taken from ESTRADA will be compared to the profiles identified from items recovered during the investigation. A comparison showing a match would be evidence tending to show that ESTRADA committed the Target Offenses.

## CONCLUSION

12. Based on the information detailed above and in Exhibits A and B, I have probable cause to believe that JOSHUA ESTRADA committed the Target Offenses.

13. Based on the information described above, there is probable cause to believe that ESTRADA's DNA would constitute evidence of the Target Offenses, in that a buccal swab for DNA of ESTRADA, as described in Attachment B, will permit DNA comparison to items already collected in this investigation.

Respectfully submitted,

_____
Jonathan Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: May 15 2024

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

4